# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DOUGLAS W. TOMPKINS,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>NEVADA PROPERTY 1, LLC, dba THE COSMOPOLITAN OF LAS VEGAS,<br><br>　　　　　　　　Defendant. | Case No. 2:18-cv-01901-KJD-VCF<br><br>ORDER |

Before the Court for consideration is the Report and Recommendation (#22) of Magistrate Judge Cam Ferenbach entered December 13, 2018, recommending that Plaintiff's Motion to Strike Affirmative Defenses (#14) be granted in part and denied in part. Though the time for doing so has passed, neither party has filed objections to the Report and Recommendation.

The Court has conducted a de novo review of the record in this case, where necessary, in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-1. The Court finds that the Magistrate's Order (#22) is neither clearly erroneous nor contrary to law under Federal Rule of Civil Procedure 72(a). See 28 U.S.C. § 636(b)(1)(A). This Court does not have a definite and firm conviction that a mistake has been made. See Weeks v. Samsung Heavy Indus. Co. Ltd., 126 F.3d 926, 943 (7th Cir. 1997). The Court determines that the Report and Recommendation (#22) of the United States Magistrate Judge entered December 13, 2018, should be **ADOPTED** and **AFFIRMED**.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#22) entered December 22, 2018, are **ADOPTED** and **AFFIRMED**;

IT IS FURTHER ORDERED that Plaintiff's Motion to Strike Affirmative Defenses (#14) is **GRANTED in part and DENIED in part**.

Dated this 23rd day of May, 2018.

_____
Kent J. Dawson
United States District Judge