**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**JUSTIN W. SMERBER, ESQ.**
Nevada Bar No. 10761
**ANDREW GUZIK, ESQ.**
Nevada Bar No. 12758
**BRANDON | SMERBER LAW FIRM**
139 E Warm Springs Road
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 — Facsimile
1.brandon@bsnv.law
Attorneys for Defendant,
NEVADA PROPERTY 1 LLC

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DOUGLAS W. TOMPKINS;<br><br>Plaintiff,<br><br>vs.<br><br>NEVADA PROPERTY 1, LLC dba THE COSMOPOLITAN OF LAS VEGAS, and DOES 1-100,<br><br>Defendants. | CASE NO.: 2:18-cv-01901 |

**<u>ORDER</u>**
**<u>FOR DISMISSAL WITH PREJUDICE, LEAVING NO REMAINING PARTIES</u>**

IT IS HEREBY STIPULATED AND AGREED TO by the undersigned that the above entitled matter be dismissed with prejudice, leaving no remaining

///

///

///

///

///

parties, each party bear their respective fees and costs incurred.

DATED this 13th day of March, 2020.

| | |
|---|---|
| **DUNN DESANTIS WALT & KENDRICK, LLP** | **BRANDON \| SMERBER LAW FIRM** |
| /s/ David D. Cardone, Esq. | /s/ Justin W. Smerber, Esq. |
| **DAVID D. CARDONE, ESQ.** | **LEW BRANDON, JR., ESQ.** |
| **(Pro Hac Vice)** | Nevada Bar No. 5880 |
| 750 B Street, Suite 2620 | **JUSTIN W. SMERBER, ESQ.** |
| San Diego, CA 92101 | Nevada Bar No. 10761 |
| Telephone: (619) 573-4488 | **ANDREW GUZIK, ESQ.** |
| Facsimile: (619) 255-4868 | Nevada Bar No. 12758 |
| dcardone@ddwklaw.com | 630 S. Fourth Street |
| Attorneys for Plaintiff | Las Vegas, Nevada 89101 |
| DOUGLAS W. TOMPKINS | (702) 384-8424 |
| | (702) 384-6568 - *facsímile* |
| | *l.brandon@moranlawfirm.com* |
| | Attorneys for Defendant, |
| | NEVADA PROPERTY 1 LLC |

**IT IS ORDERED** that the above entitled matter be dismissed with prejudice, leaving no remaining parties, each party bear their respective fees and costs incurred.

**DATED** this 19th day of March, 2020.

_____
**UNITED STATES DISTRICT JUDGE**

*Respectfully Submitted:*
**BRANDON | SMERBER LAW FIRM**

/s/ Justin W. Smerber, Esq.
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**JUSTIN W. SMERBER, ESQ.**
Nevada Bar No. 10761
**ANDREW GUZIK, ESQ.**
Nevada Bar No. 12758
139 East Warm Springs Road
Las Vegas, Nevada 89119
Attorneys for Defendant,
NEVADA PROPERTY 1 LLC